IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**JEANNIE THOMAS,**

    Plaintiff,

v.                                              No. 3:25-cv-01133

**PARACHUTE 1009, LP,
CA SOUTH DEVELOPMENT, LLC, and
CERTIFIED CONSTRUCTION SERVICES, LLC,**

    Defendants.

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**COME NOW**, Defendants Parachute 1009, LP ("Parachute"), CA South Development, LLC ("CA South"), and Certified Construction Services, LLC ("Certified Construction") (collectively, "Defendants"), by and through undersigned counsel, and respectfully request that this Court enter an order extending the time to answer or otherwise respond to Plaintiff Jeannie Thomas's ("Plaintiff") Complaint. (Doc. 1). In support of this motion, Defendants state as follows:

    1.    Plaintiff filed the Complaint in this matter on October 2, 2025.

    2.    Defendants were served with the Complaint on or about October 23, 2025.

    3.    Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendants' answer or responsive pleading is due on November 14, 2025.

1

4. Counsel for Defendants have recently been engaged to represent Defendants in this matter and require additional time to investigate the allegations in Plaintiff's Complaint to answer or respond.

5. On November 13, 2025, undersigned counsel conferred with Plaintiff's counsel, and counsel for Plaintiff agreed that Defendants may have until November 28, 2025 to respond to Plaintiff's Complaint, subject to the Court's approval.

6. Defendants' request for an extension of time to respond to Plaintiff's Complaint is not made for purposes of delay and will not prejudice any party.

7. This is Defendants' first request for an extension of time to answer or otherwise respond to the Complaint.

**WHEREFORE, PREMISES CONSIDERED,** Defendants respectfully move this Court to enter an order extending the time to respond to the Complaint in this action until November 28, 2025.

Respectfully submitted,

/s/ Brian L. Yoakum
Brian L. Yoakum           (TN Bar No. 24811)
John D. Willet            (TN Bar No. 18958)
1715 Aaron Brenner Drive, Suite 800
Memphis, Tennessee 38120
(901) 525-6781
jwillet@evanspetree.com
byoakum@evanspetree.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 13th day of November 2025 the foregoing was served via the Court's ECF system upon the following counsel of record:

>Eric G. Calhoun
>1595 N. Central Expressway
>Richardson, Texas 75080
>(214) 766-8100
>eric@ecalhounlaw.com
>egcla@ecalhounlaw.com
>
>M. Todd Sandahl
>234 First Avenue South
>Franklin, Tennessee 37064
>(615) 794-3450
>tsandahl@mtslaw.com

                                                /s/ Brian L. Yoakum
                                                Certifying Attorney