IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEANNIE THOMAS ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:25-cv-01133 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| PARACHUTE 1009, LP, CA SOUTH ) | MAGISTRATE JUDGE NEWBERN |
| DEVELOPMENT, LLC, and ) | |
| CERTIFIED CONSTRUCTION ) | |
| SERVICES, LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The parties have advised that they have reached a settlement of all claims and that they will file a notice of dismissal within the next 30 days. (Doc. No. 15). The parties request the Court vacate all pending due dates, hearings, conferences, and appearances.

The request is GRANTED. All pending deadlines are hereby suspended and the case management conference scheduled for December 9, 2025, is CANCELLED. The Clerk is directed to administratively close the case. On or before January 2, 2026, the parties shall file a proposed agreed order of compromise and dismissal or stipulation of dismissal. Absent the aforementioned filing or other filing from a party, this case will be dismissed with prejudice after that date.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE