IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEANNIE THOMAS, <br><br> Plaintiff, <br><br> v. <br><br> PARACHUTE 1009, LP, CA SOUTH DEVELOPMENT, LLC, and CERTIFIED CONSTRUCTION SERVICES, LLC, <br><br> Defendants. | Case No. 3:25-cv-01133 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE NEWBERN |

## ORDER

Pursuant to the Stipulation for Dismissal with Prejudice filed by the parties (Doc. No. 17), this case is hereby **DISMISSED WITH PREJUDICE** under Fed. R. Civ. P. 41(a)(1)(A)(ii), with all parties to bear their own costs and attorneys' fees. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE